Case 2:21-cv-01631-JFW-JPR   Document 1   Filed 02/19/21   Page 1 of 5   Page ID #:1

RELATED
DDJ

FILED
2/19/21
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cs___ DEPUTY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

MATTHEW DEBOSE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

L.A. County ~~LOS ANGELES~~ METROPOLITAN TRANSPORTATION AUTHORITY; L.A.P.D.; LOS ANGELES POLICE OFFICERS PAOLA LEAL; and GUIERMO ARIAS; and LOS ANGELES COUNTY

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV21-1631-JFW(JPR)
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Matthew DeBose |
   | Street Address | 3606 Hillcrest Dr. |
   | City and County | Los Angeles, CA |
   | State and Zip Code | CA, 90016 |
   | Telephone Number | (323) 210 - 9240 |
   | E-mail Address | wtfit304@hotmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | L.A. COUNTY METROPOLITAN TRANSPORTATION |
| Job or Title *(if known)* |  |
| Street Address | 1 Gateway Plazq |
| City and County | Los Angeles |
| State and Zip Code | CA, 90012 |
| Telephone Number | (323) 466-3876 |
| E-mail Address *(if known)* |  |

Defendant No. 2

|  |  |
|---|---|
| Name | L.A.P.D |
| Job or Title *(if known)* | Corpoate |
| Street Address | 2111 E. 1st., |
| City and County | Los Angeles |
| State and Zip Code | CA, 90012 |
| Telephone Number | (213) 473 - 6100 |
| E-mail Address *(if known)* |  |

Defendant No. 3

|  |  |
|---|---|
| Name | LOS ANGELES POLICE OFFICER PAOLA LEAL |
| Job or Title *(if known)* | police officer |
| Street Address | 2111 E. 1st., |
| City and County | Los Angeles |
| State and Zip Code | CA, 90012 |
| Telephone Number | (213) 473 - 6100 |
| E-mail Address *(if known)* |  |

Defendant No. 4

|  |  |
|---|---|
| Name | LOS ANGELES POLICE OFFICER GUIERMO ARIAS |
| Job or Title *(if known)* | police officer |
| Street Address | 2111 E. 1st., |
| City and County | Los Angeles |
| State and Zip Code | CA, 90012 |
| Telephone Number | (213) 473 - 6100 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Police officer filed false probable Clause Declaratio, which violated Plaintiff's 1, 4, 6, 11, 14 constitutional rights. Los Angeles County with L.A.P.D. and L.A. COUNTY METROPOLITAN TRANSPORTATION AUTHORITY conealed false report by city employees

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50,000,000.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was arrested by officers in 2018, which lead to his incareation. This was due to defendant's fase arrest after brutal attack by defendant. The action of defendant, was a course of false action that lasted for two years. Because these malicious acts lead to Plaintiff's incarceration, plaintiff is tolling time limit to last date of this infliction of severe emotional-distress and violation of Plaintiff's Civil Rights.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiff seeks monetary relief for his injuries, statutory relief as well as declaratory relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/19/20 ~~08/13/2020~~

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Matthew DeBose

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____